## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACUITY BRANDS LIGHTING, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>ULTRAVISION TECHNOLOGIES, LLC,<br><br>  Defendant. | C.A. No. 19-2207-MN<br><br>**JURY TRIAL DEMANDED** |

## DEFENDANT ULTRAVISION TECHNOLOGIES, LLC'S MOTION
## TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION

Defendant Ultravision Technologies, LLC ("Ultravision") respectfully moves this Court to dismiss all claims of Plaintiff Acuity Brands Lighting, Inc.'s Complaint for Declaratory Judgment, D.I. 1, pursuant to Fed. R. Civ. P. 12(b)(1) for lack of subject matter jurisdiction. In the alternative, Ultravision respectfully moves this Court, pursuant to the first-to-file rule, to dismiss this action, or stay the action pending resolution of the first-filed Texas action

The grounds for the motion are further set forth in Ultravision's brief in support filed contemporaneously herewith.

Dated: December 23, 2019

OF COUNSEL:

Alfred R. Fabricant
Lawrence C. Drucker
Joseph M. Mercadante
Timothy J. Rousseau
Daniel J. Shea
**BROWN RUDNICK LLP**
7 Times Square
New York, New York 10036
(212) 209-4800
afabricant@brownrudnick.com
ldrucker@brownrudnick.com
jmercadante@brownrudnick.com
trousseau@brownrudnick.com
dshea@brownrudnick.com

BAYARD, P.A.

*/s/ Stephen B. Brauerman*
Stephen B. Brauerman (No. 4952)
600 N. King Street, Suite 400
Wilmington, Delaware 19801
(302) 655-5000
sbrauerman@byardlaw.com

*Counsel for Defendant*
*Ultravision Technologies, LLC*