**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ACUITY BRANDS LIGHTING, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ULTRAVISION TECHNOLOGIES, LLC,<br><br>Defendant. | C.A. No. 19-2207-MN<br><br>**JURY TRIAL DEMANDED** |

**[PROPOSED] ORDER GRANTING DEFENDANT ULTRAVISION
TECHNOLOGIES, LLC'S MOTION TO DISMISS
FOR LACK OF SUBJECT MATTER JURISDICTION**

The Court, having considered Defendant Ultravision Technologies, LLC's ("Ultravision") Motion to Dismiss all claims in Plaintiff Acuity Brands Lighting Inc.'s ("Acuity") Complaint for Declaratory Judgment, D.I. 1, for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1), or in the alternative, to dismiss or stay under the first-to-file rule, including all briefing and argument associated therewith, finds that the Motion should be **GRANTED**.

**IT IS HEREBY ORDERED** that the motion to dismiss is GRANTED in its entirety, and all claims in this case are DISMISSED without leave to amend.

*Alternatively*

**IT IS HEREBY ORDERED**, that the instant action be stayed pending resolution of the first filed Texas action.

The Honorable Maryellen Noreika.<br>
U.S. District Court Judge<br>
District of Delaware