IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF DELAWARE

| | |
|---|---|
| ACUITY BRANDS LIGHTING, INC.,<br><br>    Plaintiff/Counterclaim Defendant,<br><br>vs.<br><br>ULTRAVISION TECHNOLOGIES, LLC,<br><br>    Defendant/Counterclaim Plaintiff. | Civil Action No. 1:19-cv-2207-MN<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, prior to 6:00 p.m. on October 12, 2020, counsel for Acuity Brands Lighting, Inc. ("Plaintiff and Counterclaim Defendant") served copies of *Plaintiff and Counterclaim Defendant's Core Technical Documents, Pursuant to § 7(b) of the Scheduling Order*, on the following counsel of record for Defendant and Counterclaim Plaintiff Ultravision Technologies, LLC, via electronic mail:

**Stephen B. Brauerman**
Email: sbrauerman@bayardlaw.com

**Joseph M. Mercadante**
Email: jmercadante@fabricantllp.com

| | |
|---|---|
| Dated:  October 20, 2020 | **DUANE MORRIS LLP** |
| OF COUNSEL: | |
| | */s/ Richard L. Renck* |
| Matthew S. Yungwirth | Richard L. Renck (#3893) |
| Glenn D. Richeson | 222 Delaware Avenue, Suite 1600 |
| DUANE MORRIS LLP | Wilmington, DE  19801 |
| 1075 Peachtree Street, Suite 2000 | Telephone:  (302) 657-4900 |
| Atlanta, Georgia  30309 | Facsimile:   (302) 657-4901 |
| Telephone:  (404) 253.6900 | rlrenck@duanemorris.com |
| Facsimile:   (404) 253.6901 | |
| msyungwirth@duanemorris.com | *Counsel for Plaintiff and Counterclaimant* |
| gdricheson@duanemorris.com | *Acuity Brands Lighting, Inc.* |

1