# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACUITY BRANDS LIGHTING, INC., <br><br> Plaintiff, <br><br> v. <br><br> ULTRAVISION TECHNOLOGIES, LLC, <br><br> Defendant. | C.A. No. 19-2207-MN |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on November 20, 2020, copies of (1) **Ultravision's Preliminary Infringement Contentions with Appendices A-E** and (2) this **Notice of Service** were served on the following counsel via email:

Richard L. Renck
Glenn D. Richeson
Matthew S. Yungwirth
Duane Morris LLP
222 Delaware Avenue
Suite 1600
Wilmington, DE 19801-1659
rlrenck@duanemorris.com
gricheson@duanemorris.com
myungwirth@duanemorris.com

| | |
|---|---|
| Dated: November 20, 2020 | BAYARD, P.A. |
| OF COUNSEL: | */s/ Stephen B. Brauerman* <br> Stephen B. Brauerman (#4952) |
| Alfred R. Fabricant <br> Joseph M. Mercadante <br> Daniel J. Shea <br> **FABRICANT LLP** <br> 230 Park Avenue, 3rd Floor W. <br> New York, NY 10169 <br> Telephone: (212) 257-5797 <br> Facsimile: (212) 257-5796 <br> afabricant@fabricantllp.com <br> jmercadante@fabricantllp.com <br> dshea@fabricantllp.com | Ronald P. Golden III (#6254) <br> 600 N. King Street, Suite 400 <br> Wilmington, Delaware 19801 <br> (302) 655-5000 <br> sbrauerman@byardlaw.com <br> rgolden@bayardlaw.com <br><br> *Counsel for Defendant* <br> *Ultravision Technologies, LLC* |