# IN THE UNITED STATES DISTRICT COURT
# FOR DISTRICT OF DELAWARE

| | |
|---|---|
| ACUITY BRANDS LIGHTING, INC., <br><br> Plaintiff/Counterclaim Defendant, <br><br> vs. <br><br> ULTRAVISION TECHNOLOGIES, LLC, <br><br> Defendant/Counterclaim Plaintiff. | Civil Action No. 1:19-cv-2207-MN <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, prior to 6:00 p.m. on January 8, 2021, counsel for Plaintiff/Counterclaim Defendant Acuity Brands Lighting, Inc. ("Acuity") served copies of *Acuity's List of Claim Terms to be Construed*, on the following counsel of record for Defendant/Counterclaim Plaintiff Ultravision Technologies, LLC, via e-mail:

**Stephen B. Brauerman**
Email: sbrauerman@bayardlaw.com

**Daniel J. Shea**
Email: dshea@fabricantllp.com

**Joseph M. Mercadante**
Email: jmercadante@fabricantllp.com

**Alfred R. Fabricant**
Email: ffabricant@fabricantllp.com

Dated:  January 11, 2021

**DUANE MORRIS LLP**

*/s/ Richard L. Renck*
Richard L. Renck (#3893)
222 Delaware Avenue, Suite 1600
Wilmington, DE  19801
Telephone:  (302) 657-4900
rlrenck@duanemorris.com

*Counsel for Plaintiff and Counterclaim Defendant Acuity Brands Lighting, Inc.*