**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE**

| | |
|---|---|
| ACUITY BRANDS LIGHTING, INC., ) | |
| ) | C.A. No. 1:19-2207-MN |
| Plaintiff, ) | |
| ) | **JURY TRIAL DEMANDED** |
| v. ) | |
| ) | |
| ULTRAVISION TECHNOLOGIES, LLC, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT AND COUNTERCLAIM-PLAINTIFF ULTRAVISION TECHNOLOGIES LLC'S NOTICE OF REDUCTION OF ASSERTED CLAIMS**

Pursuant to the Paragraph 7(e) of the Court's July 28, 2020 Scheduling Order (D.I. 36), Defendant and Counterclaim-Plaintiff Ultravision Technologies LLC ("Ultravision") hereby provides notice of its reduction of asserted claims against Plaintiff and Counterclaim-Defendant Acuity Brands Lighting, Inc. ("Acuity"). Ultravision hereby narrows the claims asserted against Acuity in this matter to the following:

1. U.S. Patent No. 8,870,410: Claims 1, 5, 6, 8, 9, 10, 11, 14, 15, 20;

2. U.S. Patent No. 8,870,413: Claims 1, 3, 4, 7, 10, 11, 12, 13, 14, 15;

3. U.S. Patent No. 9,947,248: Claims 1, 3, 4, 7, 8, 10, 11, 12, 14, 16;

4. U.S. Patent No. 9,734,738: Claims 1, 3, 5, 6, 7, 10, 11, 12, 13, 17; and

5. U.S. Patent No. 10,223,946: Claims 1, 3, 5, 6, 12, 13, 16, 21, 24, 29.

Ultravision previously served infringement contentions for the above-identified claims. This election of claims is made pursuant to the Scheduling Order and is not a concession or admission that Acuity is entitled to any judgment regarding the claims previously asserted but not elected.

Dated:  January 15, 2021

OF COUNSEL:

Alfred R. Fabricant
Joseph M. Mercadante
Daniel J. Shea
**FABRICANT LLP**
411 Theodore Fremd Rd,
Suite 206 South
Rye, NY 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796
ffabricant@fabricantllp.com
jmercadante@fabricantllp.com
dshea@fabricantllp.com

BAYARD, P.A.

*/s/Stephen B. Brauerman*
Stephen B. Brauerman (#4952)
Ronald P. Golden III (#6254)
600 N. King Street, Suite 400
Wilmington, DE 19801
(302) 655-5000
sbrauerman@bayardlaw.com
rgolden@bayardlaw.com

*Attorneys for Defendant and Counterclaim-Plaintiff Ultravision Technologies, LLC*