# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACUITY BRANDS LIGHTING, INC., <br><br>     Plaintiff/Counterclaim Defendant, <br><br> vs. <br><br> ULTRAVISION TECHNOLOGIES, LLC, <br><br>     Defendant/Counterclaim Plaintiff. | C.A. No. 1:19-cv-02207-MN <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF DEPOSITION OF DR. ZANE COLEMAN

PLEASE TAKE NOTICE that pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, Plaintiff/Counterclaim Defendant Acuity Brands Lighting, Inc. ("Acuity"), by and through its counsel of record, will take the oral deposition of Dr. Zane Coleman virtually, via Planet Depos.

The deposition will commence on April 22, 2021, at 9:00 am Central Standard time. The deposition will be taken before a qualified notary public or other officer authorized by law to administer oaths, and will continue from day-to-day, excluding weekends and holidays, until completed. The testimony will be recorded stenographically and videotaped. You are invited to attend.

| | |
|---|---|
| Dated:  April 15, 2021 | **DUANE MORRIS LLP** |
| OF COUNSEL: | |
| | /s/ *Richard L. Renck* |
| Matthew S. Yungwirth | Richard L. Renck (#3893) |
| Glenn D. Richeson | 222 Delaware Avenue, Suite 1600 |
| DUANE MORRIS LLP | Wilmington, DE  19801 |
| 1075 Peachtree Street, Suite 2000 | Telephone:  (302) 657-4900 |
| Atlanta, Georgia  30309 | Facsimile:   (302) 657-4901 |
| Telephone:  (404) 253.6900 | rlrenck@duanemorris.com |
| Facsimile:   (404) 253.6901 | |
| msyungwirth@duanemorris.com | *Counsel for Plaintiff and Counterclaimant* |
| gdricheson@duanemorris.com | *Acuity Brands Lighting, Inc.* |

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing document, **NOTICE OF DEPOSITION OF DR. ZANE COLEMAN** was served via electronic mail upon Ultravision's counsel on April 15, 2021.

Dated:  April 15, 2021

*/s/ Richard L. Renck*
*Richard L. Renck* (#3893)

*Counsel for Plaintiff and Counterclaimant*
*Acuity Brands Lighting, Inc.*