

600 N. King Street • Suite 400  
P.O. Box 25130 • Wilmington, DE 19899  
Zip Code For Deliveries 19801

Writer's Direct Access:  
(302) 429-4232  
Email: rgolden@bayardlaw.com

June 10, 2021

**VIA CM-ECF**

The Honorable Maryellen Noreika  
J. Caleb Boggs Federal Building  
844 N. King Street  
Wilmington, DE 19801-3555

        Re:    *Acuity Brands Lighting, Inc. v. Ultravision Technologies, LLC*  
               C.A. No. 19-2207-MN

Dear Judge Noreika,

      Pursuant to the Court's Scheduling Order (D.I. 36), Plaintiff/Counterclaim Defendant Acuity Brands Lighting, Inc. and Defendant/Counterclaim Plaintiff Ultravision Technologies, LLC jointly write regarding the claim construction hearing scheduled for June 29, 2021. Specifically, the parties wish to advise Your Honor that (1) neither party seeks leave to present testimony at the hearing, and (2) the parties request that three hours be allotted for the hearing, with each party receiving equal time.



www.bayardlaw.com      Phone: (302) 655-5000      Fax: (302) 658-6395



The Honorable Maryellen Noreika
June 10, 2021
Page 2

                            Respectfully,

**BAYARD, P.A.**                         **DUANE MORRIS LLP**

*/s/ Ronald P. Golden III*               */s/ Richard L. Renck*
Stephen B. Brauerman (# 4952)      Richard L. Renck (#3893)
Ronald P. Golden III (#6254)        222 Delaware Avenue, Suite 1600
600 N. King Street. Suite 400        Wilmington, DE 19801
P.O. Box 25130                          Telephone: (302) 657-4900
Wilmington, DE 19899             Facsimile: (302) 657-4901
(302) 655-5000                          rlrenck@duanemorris.com
sbrauerman@bayardlaw.com
rgolden@bayardlaw.com            *Counsel for Plaintiff and Counterclaimant*
                                              *Acuity Brands Lighting, Inc.*

*Attorneys for Defendant*
*Ultravision Technologies, LLC*