IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACUITY BRANDS LIGHTING, INC., <br><br> Plaintiff, <br><br> v. <br><br> ULTRAVISION TECHNOLOGIES, LLC, <br><br> Defendant. | C.A. No. 19-2207-MN |

**STIPULATION TO STAY ALL DEADLINES
AND NOTICE OF RESOLUTION**

IT IS HEREBY STIPULATED AND AGREED between Plaintiff Acuity Brands Lighting, Inc. ("Plaintiff" or "Acuity") and Defendant Ultravision Technologies, LLC ("Defendant" or "Ultravision"), subject to the approval of the Court, that all matters in controversy between Acuity and Ultravision in the subject case have been resolved in principle. The parties are in the process of formalizing their agreement and they expect to file dismissal papers within thirty (30) days.

In light of this impending dismissal, Acuity and Ultravision respectfully request that the Court stay all case deadlines set forth in the Scheduling Order (D.I. 36) entered in this case for thirty (30) days.

Dated: August 18, 2021

| DUANE MORRIS LLP | BAYARD, P.A. |
|---|---|
| */s/ Richard L. Renck* <br> Richard L. Renck (#3893) <br> 222 Delaware Avenue, Suite 1600 <br> Wilmington, Delaware 19801-1659 <br> Telephone: (302) 657-4906 <br> Facsimile: (302) 397-2063 <br> Email: rlrenck@duanemorris.com | */s/ Stephen B. Brauerman* <br> Stephen B. Brauerman (No. 4952) <br> 600 N. King Street, Suite 400 <br> Wilmington, Delaware 19801 <br> Telephone: (302) 655-5000 <br> Email: sbrauerman@byardlaw.com |

| OF COUNSEL: | OF COUNSEL: |
|---|---|
| Matthew S. Yungwirth<br>Glenn D. Richeson<br>DUANE MORRIS LLP<br>1075 Peachtree Street, Suite 2000<br>Atlanta, Georgia 30309<br>Telephone: (404) 253-6900<br>Facsimile: (404) 253-6901<br>Email: msyungwirth@duanemorris.com<br>Email: gdricheson@duanemorris.com<br><br>*Counsel for Plaintiff*<br>*Acuity Brands Lighting, Inc.* | Alfred R. Fabricant<br>Joseph M. Mercadante<br>Daniel J. Shea<br>FABRICANT LLP<br>411 Theodore Fremd Avenue,<br> Suite 206 South<br>Rye, New York 10580<br>Telephone: (212) 257-5797<br>Facsimile: (212) 257-5796<br>Email: afabricant@fabricantllp.com<br>Email: jmercadante@fabricantllp.com<br>Email: dshea@fabricantllp.com<br><br>*Counsel for Defendant*<br>*Ultravision Technologies, LLC* |

**IT IS SO ORDERED** this _____ day of _____, 2021

_____
The Honorable Maryellen Noreika
United States District Judge