# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACUITY BRANDS LIGHTING, INC., | ) |
|     Plaintiff/Counterclaim Defendant, | ) Civil Action No. 1:19-cv-2207-MN ) ) **JURY TRIAL DEMANDED** |
| v. | ) |
| ULTRAVISION TECHNOLOGIES, LLC, | ) |
|     Defendant/Counterclaim Plaintiff. | ) |

## JOINT MOTION TO DISMISS WITHOUT PREJUDICE

Pursuant to the Federal Rules of Civil Procedure 41(a)(2), Plaintiff Acuity Brands Lighting, Inc., ("Acuity") and Defendant Ultravision Technologies, LLC ("Ultravision") (collectively, the "Parties"), have resolved their respective claims for relief asserted in this litigation. Accordingly, the Parties respectfully request that all claims asserted against Defendant by Plaintiff and all counterclaims asserted by Defendant against Plaintiff herein are dismissed, without prejudice. Each of the Parties to this Joint Motion is to bear its own costs and fees, including attorneys' fees.

So agreed and stipulated.

Dated: August 31, 2021

| | |
|---|---|
| **BAYARD, P.A.** | **DUANE MORRIS LLP** |
| */s/ Ronald P. Golden III* | */s/ Richard L. Renck* |
| Stephen B. Brauerman (No. 4952) | Richard L. Renck (No. 3893) |
| Ronald P. Golden III (No. 6254) | 222 Delaware Avenue, Suite 1600 |
| 600 N. King Street, Suite 400 | Wilmington, DE 19801 |
| P.O. Box 25130 | (302) 657-4900 |
| Wilmington, Delaware 19899 | rlrenck@duanemorris.com |
| (302) 655-5000 | |
| sbrauerman@bayardlaw.com | |

1

rgolden@bayardlaw.com

OF COUNSEL:

Alfred R. Fabricant
Joseph M. Mercadante
Daniel J. Shea
**FABRICANT LLP**
411 Theodore Fremd Road,
Suite 206 South
Rye, New York 10580
(212) 257-5797
ffabricant@fabricantllp.com
jmercadant@fabricantllp.com
dshea@fabricantllp.com

*Counsel for Defendant
Ultravision Technologies, LLC*

OF COUNSEL:

Matthew S. Yungwirth
Glenn D. Richardson

**DUANE MORRIS LLP**
1075 Peachtree Street, Suite 2000
Atlanta, GA 30309
(404) 253-6900
msyungwirth@duanemorris.com
gdricheson@duanemorris.com

*Counsel for Plaintiff Acuity Brands Lighting, Inc.*

IT IS SO ORDERED this _____ day of _____, 2021

_____
The Honorable Maryellen Noreika
United States District Judge